**Samuel Jessie JONES and Willie Mae Cravens Jones**

v.

**CONTINENTAL CASUALTY COMPANY OF CHICAGO, ILLINOIS, Halliburton Company and Meredith S. Hailey.**

No. 47088.

Feb. 24, 1964.

Court of Appeal, Third Circuit. 159 So. 2d 12.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

160 So.2d 596

**Grant DELLIHOUE**

v.

**CONTINENTAL CASUALTY COMPANY OF CHICAGO, ILLINOIS, Halliburton Company and Meredith S. Hailey.**

No. 47089.

Feb. 24, 1964.

Court of Appeal, Third Circuit. 159 So. 2d 13.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.